KAYE SCHOLER LLP
425 Park Avenue
New York, NY 10022
Telephone: (212) 836-8000
Facsimile: (212) 836-8689
Michael B. Solow
Seth J. Kleinman

-and-

70 West Madison Street, Suite 4100
Chicago, IL 60602
Telephone: (312) 583-2300
Facsimile: (312) 583-2360
D. Tyler Nurnberg (*pro hac vice* pending)
Matthew J. Micheli (*pro hac vice* pending)

*Proposed Attorneys for Debtors
and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| 4KIDS ENTERTAINMENT, INC., | ) ) | Case No.: 11-11607 (SCC) |
| Debtor. | ) ) ) | |
| In re: | ) ) | Chapter 11 |
| 4KIDS AD SALES, INC., | ) ) | Case No.: 11-11610 (SCC) |
| Debtor. | ) ) ) | |
| In re: | ) ) | Chapter 11 |
| 4KIDS DIGITAL GAMES, INC., | ) ) | Case No.: 11-11611 (SCC) |
| Debtor. | ) ) | |

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| 4KIDS ENTERTAINMENT HOME VIDEO, INC., | ) ) ) | Case No.: 11-11612 (SCC) |
| Debtor. | ) ) | |
| In re: | ) ) | Chapter 11 |
| 4KIDS ENTERTAINMENT MUSIC, INC., | ) ) ) | Case No.: 11-11613 (SCC) |
| Debtor. | ) ) | |
| In re: | ) ) | Chapter 11 |
| 4KIDS ENTERTAINMENT LICENSING, INC., | ) ) ) | Case No.: 11-11614 (SCC) |
| Debtor. | ) ) | |
| In re: | ) ) | Chapter 11 |
| 4KIDS PRODUCTIONS, INC., | ) ) ) | Case No.: 11-11615 (SCC) |
| Debtor. | ) ) | |
| In re: | ) ) | Chapter 11 |
| 4KIDS TECHNOLOGY, INC., | ) ) ) | Case No.: 11-11616 (SCC) |
| Debtor. | ) ) | |
| In re: | ) ) | Chapter 11 |
| 4KIDS WEBSITES, INC., | ) ) ) | Case No.: 11-11618 (SCC) |
| Debtor. | ) ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| 4SIGHT LICENSING SOLUTIONS, INC., | ) | Case No.: 11-11619 (SCC) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| THE SUMMIT MEDIA GROUP, INC., | ) | Case No.: 11-11620 (SCC) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| WORLD MARTIAL ARTS PRODUCTIONS, INC., | ) | Case No.: 11-11622 (SCC) |
| | ) | |
| Debtor. | ) | |

**DEBTORS' MOTION FOR ORDER DIRECTING
JOINT ADMINISTRATION OF RELATED CHAPTER 11 CASES**

4Kids Entertainment, Inc. ("4Kids") and certain of its direct or indirect subsidiaries and affiliates (collectively, the "Debtors") hereby file this motion (this "Motion") for entry of an order, substantially in the form attached hereto as Exhibit A, pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), directing joint administration of the Debtors' chapter 11 cases and other related relief. In support of this Motion, the Debtors submit the Declaration of Bruce R. Foster in Support of Chapter 11 Petitions and First Day Orders (the "Foster Declaration"), filed contemporaneously herewith. In further support of this Motion, the Debtors respectfully state as follows:

## JURISDICTION AND VENUE

1. This Court has subject matter jurisdiction pursuant to 28 U.S.C. §§ 157 and 1334. Venue in this District is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

2. This is a core proceeding pursuant to 28 U.S.C. § 157(b).

3. The predicate for the relief requested herein is Bankruptcy Rule 1015(b).

## BACKGROUND

4. On the date hereof (the "Petition Date"), each of the Debtors filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code").

5. The Debtors are operating their businesses and managing their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

6. No trustee, examiner, or committee has been appointed.

7. A description of the Debtors' businesses, prepetition capital structure and circumstances leading to the chapter 11 filings are set forth in the Foster Declaration.

## RELIEF REQUESTED

8. By this Motion, the Debtors request entry of an order authorizing the joint administration of these chapter 11 cases for procedural purposes only.

## BASIS FOR RELIEF

9. Bankruptcy Rule 1015(b) authorizes this Court to order the joint administration of the chapter 11 cases of a debtor and its "affiliates," as defined in section 101(2) of the Bankruptcy Code. 4Kids is the parent of each of the other debtors in these chapter 11 cases. The Debtors, therefore, are "affiliates" as that term is defined in section 101(2) of the Bankruptcy Code and, accordingly, under Bankruptcy Rule 1015(b), this Court has the authority to grant the relief requested herein.

10. The Debtors anticipate that during the course of these chapter 11 cases it will be necessary to file numerous motions and applications seeking relief on behalf of all of the Debtors. The Debtors submit that joint administration of their chapter 11 cases is in the best interests of their estates, creditors, and other parties in interest and will further the interests of judicial economy and administrative expediency by, among other things, obviating the need to file duplicate motions, to enter duplicate orders, and to forward unnecessary, duplicate notices to creditors and other parties in interest. This Motion is not a request for substantive consolidation.

11. The entry of joint administration orders in multiple related cases such as these is common in this District. *See, e.g.*, *In re Mesa Air Group, Inc.*, Case No. 10-10018 (Bankr. S.D.N.Y. Jan. 5, 2010) (MG) [Doc. No. 33]; *In re Fairpoint Communications, Inc.*, Case No. 09-16335 (Bankr. S.D.N.Y. Oct. 27, 2009) (BRL) [Doc. No. 35]; *In re Lehman Bros. Holdings Inc.*, Case No. 08-13555 (JMP) (Bankr. S.D.N.Y. Oct. 16, 2008) [Doc. No. 1090].

12. Accordingly, the Debtors propose that the caption of their jointly administered chapter 11 cases be as follows:

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| 4KIDS ENTERTAINMENT, INC., *et al.*,[1] | ) | Case No.: 11-11607 (SCC) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

---

1     The Debtors, along with the last four digits of each Debtor's federal tax identification number, are: 4Kids Entertainment, Inc. (1380); 4Kids Ad Sales, Inc. (6309); 4Kids Digital Games, Inc. (7645); 4Kids Entertainment Home Video, Inc. (0094); 4Kids Entertainment Licensing, Inc. (3342); 4Kids Entertainment Music, Inc. (6311); 4Kids Productions, Inc. (3593); 4Kids Technology, Inc. (8181); 4Kids Websites, Inc. (7563); 4Sight Licensing Solutions, Inc. (8897); The Summit Media Group, Inc. (2061); and World Martial Arts Productions, Inc. (8492).

13. The Debtors further propose that a docket entry be made in each of their chapter 11 cases substantially as follows:

> An order has been entered in this case directing joint administration of this case with the chapter 11 bankruptcy cases of 4Kids Entertainment, Inc.; 4Kids Ad Sales, Inc.; 4Kids Digital Games, Inc.; 4Kids Entertainment Home Video, Inc.; 4Kids Entertainment Licensing, Inc.; 4Kids Entertainment Music, Inc.; 4Kids Productions, Inc.; 4Kids Technology, Inc.; 4Kids Websites, Inc.; 4Sight Licensing Solutions, Inc.; The Summit Media Group, Inc.; and World Martial Arts Productions, Inc. The docket in chapter 11 case no. 11-11607 (SCC) should be consulted for all matters affecting this case.

## NOTICE AND PRIOR MOTIONS

14. Notice of this Motion has been provided to: (i) the Office of the United States Trustee for Region 2, serving the Southern District of New York; (ii) the creditors (excluding insiders) holding unsecured claims against the Debtors on a consolidated basis; (iii) the Internal Revenue Service; (iv) the United States Securities and Exchange Commission; (v) the United States Attorney's Office; (vi) the United States Attorney General; (vii) the New York State Attorney General; (viii) the New York State Taxing Authority; and (ix) the New York City Taxing Authority.

15. In light of the nature of the relief requested herein, the Debtors submit that no other or further notice of this Motion is necessary or required.

16. No previous request for the relief sought herein has been made.

*[Remainder of page has been left blank intentionally]*

WHEREFORE, for the reasons set forth herein, the Debtors respectfully request that the Court (i) enter an order substantially in the form attached hereto as <u>Exhibit A</u>, directing the joint administration of these chapter 11 cases for procedural purposes only, and (ii) grant such other and further relief as may be just and proper.

Dated: April 6, 2011
       New York, New York

Respectfully submitted,
**4KIDS ENTERTAINMENT, INC., et al.,**

KAYE SCHOLER LLP

By: */s/ Michael B. Solow*
Michael B. Solow
Seth J. Kleinman
425 Park Avenue
New York, NY 10022
Telephone: (212) 836-8000
Facsimile: (212) 836-8689

-and-

D. Tyler Nurnberg (*pro hac vice* pending)
Matthew J. Micheli (*pro hac vice* pending)
70 West Madison Street, Suite 4100
Chicago, IL 60602
Telephone: (312) 583-2300
Facsimile: (312) 583-2360

*Proposed Attorneys for Debtors
and Debtors in Possession*